Of Counsel:
**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership

ARTHUR F. ROECA       1717-0
aroeca@rlhlaw.com
NORMAN K. ODANI     8678-0
nodani@rlhlaw.com
841 Bishop Street, Suite 900
Honolulu, Hawaiʻi  96813-3917
Telephone:  (808) 538-7500

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| TERRYANNE L. IRELAND, | ) | 1:17-cv-349 |
| | ) | |
| Plaintiff, | ) | NOTICE OF REMOVAL; EXHIBIT |
| | ) | "A"; CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| COSTCO WHOLESALE | ) | |
| CORPORATION;  JOHN DOES 1- | ) | |
| 10; JANE DOES 1-10; DOE | ) | |
| CORPORATIONS 1-10; DOE | ) | |
| PARTNERSHIPS 1-10; DOE NON- | ) | *No trial date assigned.* |
| PROFIT ENTITIES 1-10; DOE | ) | |
| GOVERNMENTAL ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

874.14/Ntc Removal Fr 1CC.nko.rkh.wpd

NOTICE OF REMOVAL

Defendant COSTCO WHOLESALE CORPORATION ("Costco") gives notice, pursuant to 28 U.S.C. §§1441 and 1446, of the removal of this case from the Circuit Court of the Third Circuit, State of Hawaiʻi, to the United States District Court for the District of Hawaiʻi. The removal is grounded upon the following facts:

1. A civil lawsuit (the "Action") has been commenced and is currently pending against Costco and another named defendant in the Circuit Court of the Third Circuit, State of Hawaii, Civil No. 17-1-204K, entitled *Terryanne L. Ireland vs. Costco Wholesale Corporation, et al.*

2. The initial pleading in the Action was Plaintiff's Complaint filed on June 19, 2017. The Complaint was served upon Costco on July 3, 2017; this notice of removal is filed within 30 days after said service. A true and correct copy of the Complaint is attached hereto as Exhibit "A". Exhibit "A" constitutes all of the process, pleadings and orders served upon Costco to date.

3. Plaintiff claims to be a citizen and resident of the state of Hawaiʻi. Costco is a Washington corporation with a statutory home office and its principal place of business located at 999 Lake Drive, Issaquah, WA 98027.

4. Upon information and belief based upon the nature of Plaintiff's claims, the amount in controversy in the Action exceeds $75,000.00, exclusive of

interest and costs.

5.     Based upon the foregoing, the Court has original jurisdiction over the Action under the provisions of 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.     The Action is removable pursuant to 28 U.S.C. §§ 1441 (b).

7.     A copy of this notice of removal will be served upon all adverse parties.

8.     A copy of this notice of removal will be filed with the Circuit Court of the Third Circuit, State of Hawaii, pursuant to 28 U.S.C. §1446(d), promptly after the filing of this notice of removal.

9.     Defendant reserves, and does not waive, its objections to jurisdiction and venue and any applicable affirmative defenses under Haw. R. Civ. P. 12 and/or Fed. R. Civ. P. 12.

DATED: Honolulu, Hawaii, July 21, 2017.

/s/ Norman K. Odani
ARTHUR F. ROECA
NORMAN K. ODANI
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| TERRYANNE L. IRELAND, | ) | 1:17-cv-349 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COSTCO WHOLESALE | ) | |
| CORPORATION; et al. | ) | |
| Defendants. | ) | *No trial date assigned.* |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

***Served Electronically through CM/ECF:***

IAN L. MATTOCH, ESQ.        ian@ianmattoch.com        July 21, 2017

***Served by Hand-Delivery:***

N/A

DATED: Honolulu, Hawaii, July 21, 2017.

/s/ Norman K. Odani
ARTHUR F. ROECA
NORMAN K. ODANI
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION