Of Counsel:
**ROECA LURIA SHIN LLP**
A Limited Liability Law Partnership

ARTHUR F. ROECA        1717-0
aroeca@rlhlaw.com
NORMAN K. ODANI      8678-0
nodani@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i  96813-3917
Telephone:  (808) 538-7500
Facsimile:   (808) 521-9648

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| TERRYANNE L. IRELAND, | ) | CIV NO. 17-00349 ACK-KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SETTLEMENT CONFERENCE; |
| vs. | ) | ORDER |
| | ) | |
| COSTCO WHOLESALE | ) | |
| CORPORATION; JOHN DOES 1-10; | ) | SETTLEMENT CONFERENCE |
| JANE DOES 1-10; DOE | ) | DATE:       JUNE 13, 2018 |
| CORPORATIONS 1-10; DOE | ) | TIME:        1:30 P.M. |
| PARTNERSHIPS 1-10; DOE NON- | ) | JUDGE:     BARRY M. KURREN |
| PROFIT ENTITIES 1-10; DOE | ) | |
| GOVERNMENTAL ENTITIES 1-10, | ) | |
| | ) | Trial Date: September 11, 2018 |
| Defendants. | ) | Honorable Alan C. Kay |
| _____ | ) | |

874.14/Stip Cont SC.nko.rkh.wpd

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

IT IS HEREBY STIPULATED and agreed by and among the parties hereto, through their undersigned counsel, that the Settlement Conference set for June 13, 2018 at 1:30 p.m. be continued to a later date.  The parties have reached a settlement and are in the process of executing the closing documents.  Once the parties finalize the settlement, they will file a stipulation for dismissal.

This Stipulation has been signed by all appearing parties.

DATED:  Hilo, Hawai'i, June 1, 2018.

/s/ William B. Heflin
IAN L. MATTOCH, ESQ.
WILLIAM B. HEFLIN, ESQ.
Attorneys for Plaintiff
TERRYANNE L. IRELAND

DATED:  Honolulu, Hawai'i, June 1, 2018.

/s/ Norman K. Odani
ARTHUR F. ROECA
NORMAN K. ODANI
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

---

TERRYANNE L. IRELAND, vs. COSTCO WHOLESALE CORPORATION, et al.; Civil No.: 17-00349 ACK-KSC; STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER

APPROVED AND SO ORDERED



Barry M. Kurren
United States Magistrate Judge

---

TERRYANNE L. IRELAND, vs. COSTCO WHOLESALE CORPORATION, et al.; Civil No.: 17-00349 ACK-KSC; STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER