Of Counsel:
ROECA LURIA SHIN LLP
A Limited Liability Law Partnership

ARTHUR F. ROECA      1717-0
aroeca@rhlaw.com
NORMAN K. ODANI     8678-0
nodani@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai‘i  96813-3917
Telephone:  (808) 538-7500
Facsimile:   (808) 521-9648

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI‘I

| | |
|---|---|
| TERRYANNE L. IRELAND, ) | CIV NO. 17-00349 ACK-KSC |
| ) | |
| Plaintiff, ) | ORDER AND STIPULATION FOR |
| ) | DISMISSAL WITH PREJUDICE AS |
| vs. ) | TO ALL CLAIMS BY PLAINTIFF |
| ) | AGAINST DEFENDANT |
| COSTCO WHOLESALE ) | |
| CORPORATION; JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |
| CORPORATIONS 1-10; DOE ) | |
| PARTNERSHIPS 1-10; DOE NON- ) | |
| PROFIT ENTITIES 1-10; DOE ) | Trial Date: September 11, 2018 |
| GOVERNMENTAL ENTITIES 1-10, ) | Honorable Alan C. Kay |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the claims in this action by Plaintiff TERRYANNE L. IRELAND against Defendant COSTCO WHOLESALE CORPORATION, a Washington corporation are dismissed with prejudice.

This stipulation for dismissal with prejudice is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR41.1 and has been signed by the respective counsel for each party who has made an appearance in this action.

With respect to the claims and party that have been dismissed, each party agrees to bear its attorneys' fees and costs.  Trial in this matter was scheduled for September 11, 2018.

DATED: Hilo, Hawai'i, June 27, 2018.

/s/ William B. Heflin
IAN L. MATTOCH, ESQ.
WILLIAM B. HEFLIN, ESQ.
Attorneys for Plaintiff
TERRYANNE L. IRELAND

DATED: Honolulu, Hawaiʻi, June 27, 2018.

                                              */s/* Norman K. Odani
                                              ARTHUR F. ROECA
                                              NORMAN K. ODANI
                                              Attorneys for Defendant
                                              COSTCO WHOLESALE CORPORATION

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaiʻi, August 2, 2018.

_____
Alan C. Kay
Sr. United States District Judge

---

Terryanne L. Ireland vs. Costco Wholesale Corporation, et al.; CIV NO. 17-00349 ACK-KSC, **ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT**